TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00569-CV







A. T. Edwards, Appellant



v.



Mike Swim, Appellee







FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY


NO. 223,519, HONORABLE ORLINDA L. NARANJO, JUDGE PRESIDING







PER CURIAM




 Appellant A. T. Edwards has filed an unopposed motion to dismiss this appeal. 
The motion is granted. Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Jones and B. A. Smith

Dismissed on Appellant's Motion

Filed: April 10, 1996

Do Not Publish